AO 440 (Rev. 12/09)  Summons in a Civil Action

In The Circuit Court of the Fifteenth Judicial Circuit
In and For Palm Beach County, Florida

Lakesha L. Norington )
_____ )
Plaintiff, )
)
v. )   Civil Action No. 2018CA009374XXXXMB
)
George C. Zoely (GEO Founder) et al., )   (Jury Demand)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
George C. Zoely (GEO Founder) :
GEO World Headquarters
One Park Place (Suite 700)
621 NW 53rd Street
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ms. Lakesha L. Norington
Identification Number (G) 1337216
Wabash Correctional Facility
Post Office Box 500
Carlisle, Indiana 47838

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 15 2019 _____
Signature of Clerk or Deputy Clerk

JOSIE LUCCE

SERVED
OFFICE
PALM BEACH
DEPUTY

EXHIBIT
A

FILED: PALM BEACH COUNTY, FL SHARON R. BOCK, CLERK 1/15/2019 2:28:10 PM

AO 440 (Rev. 12/09) Summons in a Civil Action

In The Circuit Court of the Fifteenth Judicial Circuit
In and For Palm Beach County, Florida

Lakesha L. Norington )
_____ )
Plaintiff, )
)
v. )
)
George C. Zoely (CEO Founder) et al., )
_____ )
Defendant(s) )

Civil Action No. 2018CA009374XXXXMB
(Jury Demand)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
George C. Zoely (CEO Founder);
GEO World Headquarters
One Park Place (Suite 700)
621 NW 53rd Street
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ms. Lakesha L. Norington
Identification Number G) 1337826
Wabash Correctional Facility
Post Office Box 500
Carlisle, Indiana 47838

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Jan 15 2019

_____
Signature of Clerk or Deputy Clerk

JOSIE LUCCE

In the West Palm Beach Florida Circuit Civil Court

Lakesha L. Norington,
~~Plaintiff.~~
vs.

50 2018 CA 0 0 9 2 7 4 XXXX MB

George C. Zoley (GEO Founder), et al.,
Defendants.

Case Number(s) _____

※ Jury Demand※

AJ

## Notification

- By the undersigned and above titled Plaintiff, the hereto Notification is provided to Notify the Court to the following:

1). On March 19th, 2018 via institutional mailing Plaintiff filed her Notice of Personal Injury Tort with and against the above cited and referenced Civil Defendants.

2). The above cited and referenced defendants were mandated to reply in writing within (90) ninety days from date of Tort Service.

3). G.E.O. Corrections Incorporated in an Official Capacity and on behalf of and under the name, function and Occupational authority of G.E.O. World Headquaters denied the March 19th, 2018 dated claims of Personal Injury Tort made against it. (See Exhibit A, attached).

4). As a result Plaintiff is entitled to bring suit against G.E.O. World Headquaters and its Staff in both an individual and official ~~capatity~~ Capacity.

5). The instant Civil Complaint is asserted against

(Page 1 of 4 Pages)

G.E.D. World Headquaters Founder , George C. Zoley and its
G.E.D. Corrections Officials in both official and individual
capacities.

b). WHEREFORE, Notification as above cited has
been given.

Respecfully Submitted By (s)
s/c-_____   7/14/14   sic 11:46 pm
Ms. Lakesha L. Narington
Identification Number® 138726
Wabash Valley Correctional Facility
Post Office Box 500
Carlisle, Indiana  47838



**The GEO Group, Inc.**

New Castle Correctional Facility
1000 Van Nuys Rd
P.O. Box E
New Castle, Indiana 47362

TEL: 765-593-0111
Ext. 2001
www.geogroup.com

May 8, 2018

Mr. Shawntrell Norington #138726
Westville Control Unit

Mr. Norington, I have received and reviewed your Tort Claim assigned #NCF-58-2018 asking for a total of $355,000 in damages concerning what you perceived to be mold in your cell on July 19, 2017, and a medication problem. As usual you have mixed apples and oranges together. This issue was responded to through three (3) previous grievances case numbers 97876, 98028 and 98175 in 2017, all of which were denied at both level I and level II. You were provided cleaning materials which you threw refusing to use them, what you perceived as mold was not mold and in the end you were moved. Your claim for $355,000 is denied.

Respectfully,



Mike Smith, Tort Claims
New Castle Correctional Facility

cc:   Myra Strobel, Executive Assistant
      IDOC Legal/Tort Claim Administrator
      Office of the Attorney General
      NCCF Grievance Coordinator
      File

```
EXHIBIT

   A
```

(Page 3 of 4 Pages)

Certificate of Service

(*) I the below Signed Plaintiff declares, Certifies and Verifies truth to the hereto matters having been Served Upon the below cited Person(s) Via "institutional mailing on this 18th day of December, 2018.

CC(*) Civil Circuit Court Division Court clerk
205 North Dixie Highway ( Room 3 - 2300)
West Palm Beach, Florida 33402

(*)

Lakesha L. Norington ( Plaintiff)
Identification Number (*) 138726
Wabash Valley Correctional Facility
Post Office Box 500
Carlise, Indiana 47838

Submitted By [during] (*)
x [signature]    11:48 am
Ms. Lakesha L. Norington
Identification Number (*) 138726
Wabash Valley Correctional Facility
Post Office Box 500
Carlise, Indiana 47838

Document (*) Notification

(Page 4 of 4 Pages)

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

50 2018 CA 0 0 9 2 7 4 XXXX MB
AJ

Case No: _____

Division: _____

*Jury Demand*

Lakesha L. Washington
_____
              Plaintiff

vs.

George C. Zoley (CEO Founder)
_____
            Defendant(s).

Keith Buidz (Warden), Officers: Driscaill, Jones, McLosan, M. Wright,
B. Davis, T. Thompson, Krauer, Saet, Johnston, Robin Blair, Cox (Warden) & J. French (Warden);

**II.  TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

___ Condominium
___ Contracts and indebtedness
___ Eminent domain
___ Auto negligence
✓ Negligence—other $0 - $50,000
   ___ Business governance
   ✓ Business torts $50,001 - $249,999
   ✓ Environmental/Toxic tort
   ___ Third party indemnification $250,000 or more
   ___ Construction defect
   ✓ Mass tort
   ✓ Negligent security
   ___ Nursing home negligence
   ___ Premises liability—commercial
   ___ Premises liability—residential
___ Products liability
___ Real property/Mortgage foreclosure
   ___ Commercial foreclosure $0 - $50,000
   ___ Commercial foreclosure $50,001 – $249,999
   ___ Commercial foreclosure $250,000 or more
   ___ Homestead residential foreclosure $0 – $50,000

___ Homestead residential foreclosure $50,001 - $249,999
___ Homestead residential foreclosure $250,000 or more
___ Nonhomestead residential foreclosure
___ Nonhomestead residential foreclosure
___ Nonhomestead residential foreclosure
___ Other real property actions $0 - $50,000
___ Other real property actions $50,001 – $249,999
___ Other real property actions $250,000 or more
___ Professional malpractice
   ___ Malpractice—medical
   ___ Malpractice—medical
   ___ Malpractice—other professional
✓ Other
   ___ Antitrust/Trade regulation
   ___ Business transactions
   ___ Constitutional challenge—proposed amendment
   ___ Constitutional challenge—statute or ordinance
   ___ Libel/Slander
   ___ Corporate trusts

Civil Cover Sheet Page 1 of 2

((43) Fourty-Three Total Pages)



___✓ Discrimination—employment or
other
___ insurance claims
___ intellectual property

___ Securities litigation
___ Shareholder derivative action
___ Trade secrets
___ Trust litigation

III.   REMEDIES SOUGHT (check all that apply):
       ___✓ monetary;
       ___ nonmonetary declaratory or injunctive relief;
       ___✓ punitive

IV.    NUMBER OF CAUSES OF ACTION: [1]
       (specify) Only (1) one Cause of Action, the Instant.
       _____

V.     IS THIS CASE A CLASS ACTION LAWSUIT?
       ___ yes
       ___✓ no

VI.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
       ___✓ no ( Not to belief)
       ___ yes If "yes," list all related cases by name, case number, and court.
       _____
       _____
       _____

VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?
       ___✓ yes
       ___ no
       _____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my
knowledge and belief, and that I have read and will comply with the requirements of Florida
Rule of Judicial Administration 2.425.

Signature _____        Fla. Bar # _____
              Attorney or party                                    (Bar # if attorney)

Lakesha L Washington                             July 14th, 2018
(type or print name)                             Date



Date Sent(•)March 19th   , 2018

## Notice of Personal Injury Tort (1)

• To/ Against(•) Robert E. Carter JR. (Commissioner)
Indiana Department of Correction. I.d.c. So 58-2018-CA 0 0 9 2 7 4 XXXX MB
302 w. Washington Street
Indianapolis, Indiana 46204

            (•#)                                                                          A J

• To/ Against(•) Wexford Health Sources Incorporated
561 Holiday Drive / Foster Plaza Four
Pittsburgh, PA 15220

            (•#)

• To/ Against(•)  Keith Butts (Facility Warden)
New Castle Correctional Facility
1000 VanNUYS Road / Post Office Box E
New Castle, Indiana 47362

            (•#)

• To/ Against(•) George C. Zoley (GEO Founder)
GEO World Headquarters / One Park Place, Suite 700
621 NW 53rd Street / Boca Raton, Florida 33487

            (•#)

• To/ Against(•) Indiana Political Subdivision Risk Management Commission
511 West Washington Street, Suite 300
Indianapolis, Indiana 46204

            (•#)

• To/ Against(•) Nurse Burkhardt,
            Nurse Ingle
            Nurse Komer
            Nurse J. Boyce
            Nurse Johnson
            C.M.A. Brenda Campbell
            H.S.A. Stacey Scott
            Therapist Hartahone
            Physcologist Dr. Harman'nary
            C/O- Wexford Health Sources Incorporated
                  561 Holiday Drive / Foster Plaza Four/Pittsburgh, PA 15220
            C/O- Keith Butts( Facility Warden)) As above Addressed
            C/O- Robert E. Carter JR. ( Commissioner)) As above Addressed
            C/O- George C. Zoley (GEO Founder)) As above Addressed
                  (•#)
• To/ Against(•) Correctional Officer Lieutenant Driscoll
            Correctional Officer Seargent Jones

(1) Facility Staff of Westville Correctional Facility refused to Notarize the instant Matter.

                                                                          1
                                                                          of •

Correctional Officer Sergeant M. Logan
Correctional Officer M. Wright
Casework Manager- Robin Blair
Correctional Major- R. Davis
Correctional Captain- T. Thompson
Superintendant- J. French
Superintendant- Keith Butts
Correctional Officer- Lieutenant Krewl
Correctional Officer- Sergeant Salt
Correctional Officer- Lieutenant Labauton
C/O- Robert E. Carter JR (Commissioner)) As above Addressed
C/O- Keith Butts (Facility Warden)) As above Addressed
C/O- George C. Zoley (GEO Founder)) As above Addressed

I. Reason of (6) Notice of Personal Injury Torts Claimed by Lakesha
        L. Norington against the above cited Tort- Feasors

        Dear Above and herein cited Tort-Feasor(s) ✓
        Pursuant to Indiana Tort Claims Act, 34-13-3-8 and
all related and supporting state and federal laws this Notice is to
inform you that claims for tort are and have been brought against
you as an institution, corporation, contractor, individual, official,
Supervisor, agency, company, state actor, Employee and Employer
of and/or for a state agency and a state under state law authority and
jurisdiction, professional, citizen of the United States and State of Indiana,
and Employee and Employer of the Indiana Department of Correction,
GEO World Headquaters and Wexford Health Sources Incorporated or/and
and subdivisions thereof. Ms. Lakesha L. Norington brings claims of
Tort against you seeking compensation for the torts alleged.

        You are hereto notified that any and each abaved named
Tort-Feasor is required pursuant to the Indiana Tort Claims Act to
reply in writing as to denial or approval of sought tort relief as a
result of any tort alleged of you. Your reply must state name, title
and date of response and must provide the basis for your decision(s).

                                                                        2.

I am entitled to know what informations you've con-
sidered while making your decision(s) regarding the hereto sought
relief(s). If you don't reply within the time I prescribed by the
Indiana Tort Claims Act the lack of response shall be considered
a denial of all claims of Tort made against you and the relief
sought.

## Brief Citation of Claims

- Denial of Prescribed Healthcare by way of deliberate indifference
  to serious health conditions.
- Deliberate Indifference to Health and Safety.
- Failure to Intervene and Protect.
- Conspiracy Liability.
- Intentional Denial of Access to ordered Diagnostic Procedure.
- Fabrication of Healthcare Records to conceal intentional Denial
  of Healthcare for Serious Health Condition.

## Basis of and for liability

- The Supreme Court has ruled that the eighth amendment is violated by deliberate
  indifference to serious medical needs of Prisoners. (See Estelle vs. Gamble,
  429 U.S. 97, 104 97 S.Ct. 285, 291, 50 L.Ed. 2d 251 (1976). Such indifference
  may be evinced by repeat examples of negligent acts which disclose
  a pattern of conduct by the Prison medical staff or by showing
  systematic or gross deficiencies in staffing, facilities, equipment
  or procedures. (See Rames vs Lamm, 639 F.2d 559, 575 (10th Cir.
  1980) (citation omitted), cert. denied, 450 U.S. 1041, 101 S.Ct 1759, 68
  L.Ed. 2d 239 (1981); Wellman, supra, 715 F.2d, at 272.
- The Court of Houser vs. Tatum, 642 F.2d 253, 254 (8th Cir. 1981) holds
  a sheriff is responsible for the conditions of confinement in the Jails within
  his county even absent specific knowledge of unconstitutional conduct.
- Robert E. Carter JR (Commissioner), George Zokey (CEO Founder), Keith Buitts
  (Facility Warden) and Wexford Health Sources Incorporated are responsible

3.

for the conditions of Confinement in the New Castle Correctional Facility
even absent specific knowledge of unconstitutional conductsregarding Healthcare.

- Pursuant to Indiana Code 11-8-2-5 and Indiana Code 4-15-2-33 through
35.11 Commissioner Robert E. Carter is responsible for Supervising all
of its hired staff, the facilities of the department and its hired
Contractors such as GEO Corrections and Wexford Health Sources Incor-
porated at the New Castle Correctional Facility. These Powers and
duties of the Commissioner are non-discretionary under I.C. 11-8-2-5.

- Under the theories of failure to intervene and Protect in Indiana an
employee may be liable under 1983 for failing to intervene to stop the
Constitutional violation committed by another employee. (See George
vs. Smith, 507 F.3d 605, 609-10 (7th Cir. 2007); Fillmore vs. Page,
358 F.2d 496, 505-06 (7th Cir. 2004); Windle vs. City of Marion,
321 F.2d F.3d 658, 663 (7th Cir. 2003) [544 F. Supp.2d 765] This
duty extends to supervisory and nonsupervisory officials alike
but is limited to those situations in which the defendant has a reason-
able opportunity to prevent the violation. (See Yang vs. Hardin,
37 F.3d 282, 285 (7th Cir. 1994).

- Each Tort-feaser that is shown and alleged to be complicit in the
alleged torts can be held liable under a conspiracy theory. (see
Jones vs. City of Chicago, 856 F.2d 985, 992 (7th Cir. 1988) ("To be
liable as a conspirator ... [I]t is enough if you understand the general
objectives of the scheme, accept them, and agree, either explicitly or
implicitly, to do your part to further them")

- In Indiana Pursuant to Indiana Code 11-10-3-2(a) (1) Ms.Norington
as a confined Person is entitled to "Medical care, medical Personnel,
and medical facilities of a quality complying with applicable State
licensing requirements"; Per I.C. 11-10-3-2(3) "Mental health care
by a Psychiatrist, a Psychologist or another mental health Professional".

- GEO Corrections and its employees may be sued for violating the
Constitution. (See Rosborough vs. Mgmt. and Training Corp., 350
F.3d 459, 461 (5th Cir. 2003) ( Private Prison Management Company and its

4.

employees may be sued for violating the Constitution). (See also West vs. Atkins, 487 U.S. 42, 56-57 (1988) (Private doctor who contracts with the state to provide medical care may be sued for violating the Constitution) These standards of liability apply to private contractors alike.

- A plaintiff injured by a series of Constitutional torts, like any other tort plaintiff, should be able to recover "for all harm past, present and prospective". (See Restatement (Second) of Torts § 910 (1979).

○ The Supreme court in the Case of Carey vs. Piphus, 435 U.S. 247, 258, 98 S.ct. 1042, 1049, 55 L.Ed.2d 252 (1978) has held that the starting point for analyzing damages under section 1983 is the common law and indicated that substantive Constitutional rights are subject to the same damage principles as procedural rights.

○ Pursuant to the 8th United States Constitution a prisoner could recover damages for "any" injury caused by prison guards deliberate failure to provide prisoner with medical care. (See Parrish vs. Johnson, 800 F.2d 600 (C.A. 6th Cir) 1986).)

○ Injury is defined as any wrong or damage done to another, either in his/her person, rights, reputation, or property, 29 So.2d 623, 623. Unlike the ordinary meaning of injury (that which damages the body), a legal INJURY is any damage resulting from a violation of a legal right, and which the law will recognize as deserving of redress. (See A.1,2.)

○ Mental Anguish is compensable INJURY embracing all forms of mental pain, as opposed to mere physical pain including deep grief, distress, anxiety, and fright. (See 144 So.529) Compare Pain and Suffering.

## Brief Description of Torts[1]

- As a direct result of my envoking my rights under Indiana Code 11-10-112 and Indiana Code 11-10-11-1 on July 19th, 2017 by going to recreation to to excercise by dancing to music at the New Castle Correctional Facility officer Lieutenant Driscoll and Seargent Jones Sent me to segregation filing a report of Conduct against me for Sexual Misconduct which I

[1] Each named and unnamed Tort-Feasors is liable for the Cited torts under the Cited Basis of and for liability above for failure to Protect and Intervene and Deliberate Indifference to Serious health Condition, Rights to health care, health and Safety and clearly established Constitutional Rights as direct, indirect Participants in the violations and as conspirators in the scheme of violations that repetitively transpired.

was found guilty of at the facility level hearing and appeal. Central office Staff on Appeal 2 stated the Sexual Conduct charge was not appropriate and changed the charge to another offense. I was not provided a hearing on.

- While being sent to segregation Correctional officer Wright refused to allow me to be present while a Cell inspection was done and refused to provide me chance to review a cell inspection Sheet for the cell I was put in on July 19th, 2019, although I asked.

- On July 19th, 2017 officer Wright placed me in Segregation cell D3-211. Upon being put into the cell I noticed a substantial growth of mold and fungus on the cells-air vent. I immediately smelt a toxious and noxious smell that took my breath and impaired my breathing and sight. I reported the matter first officer Wright, asking he move me to another cell or to the shower while the cell was cleaned by a hazmat Staff. Wright told me No and refused to provide chemicals or Protective gear to clean the hazardous materials.

- On July 19th, 2017 Nurse Kumar and Nurse Burkhardt come to cell D3-211 during AM hours to bring me my HIV medications. At this point my mouth and nose was covered and I was dehydrated. I pointed out the health hazard to each nurse and asked each nurse to intervene to have me moved from the reported health hazard. The nurses stated they have no authority to intervene and have me moved from the hazardous living condition. I could not breath which I reported to the nurses informing them I am asthmatic. I could not take my medication or food in the Cell at that Point. While attempting to get help from Nurse Kumar and nurse Burkhardt the nurses walked away with my HIV medications that I expressed I'd not refused.

- On July 19th, 2017 I asked Officer Sgt Salt and Lieutenant Toubastin to move me to another cell due to the mold both said no.

- I was forced to stay in the cell ... D3-211.

- On July 20th, 2017 I verbally reported the matter to Officer Captian T. Thompson asking he move me and he refused.

- On July 20th, 2017 I verbally reported the mold matter and denial

6.

of healthcare by nurses Kumar and Burkhardt on 7-19-17 to officer M. Davis (Major and chief of Security), T. French (Superintendent of Re-Entry and operations), whom each visually seen the mold/fungus growth, asking each to have me moved. Each refused to have me moved from the hazardous reported visualized health hazard.

- I was forced to stay in the cell again eventhough supervises were made aware of the condition.

- On July 19th, 2017 however because officers Driscoll, Janes and Wright were forcing me to stay in the cell Jeopardizing my health and safety officer Frye opened my door so I could come out of the hazardous living condition. At that point officer Wright and Hensley came on the Segregation unit demanding I go back into the hazardous cell or be maced and physically Subdued by a response team. I asked to be put in the shower while the cell was cleaned. I was refused. So I would not be harmed I had no choice but to comply with the officers nefararious orders out of my fear of being harmed by the officers. The options I was given was to be harmed by the officers or further comprimised by the mold infested cell. Either way my health and safety was being intentionally Jeopardized.

- On July 21st, 2017 I verbally reported the mold condition of the cell to Case Work Manager Rubin Blair and officer Lieutenant Kraul asking to be moved to a less hazardous cell. I was denied.

- I again on July 20th and 21st, 2017 I asked the a.m nurses to have me moved and each time the nurse refused.

- On July 22nd, 2017 I again asked nursing Staff to help me and have me moved from the hazardou cell - I was refused.

- On July 23rd, 2017 I asked officer Driscoll for help by being moved from the cell. The officer was on my cell intercom calling me a "cry baby" telling me that She/he dont give a fuck who I am further harassing me as Started on July 19th, 2017 with the Sexual Misconduct Report. The

7.

Lieutenant refused to have me moved to a non-hazardous cell.

- On July 19th, 2017 however, Officer Hensley called on his radio for Officer Sergeant Jones at my request. Officer Jones came. I reported the mold matter to him asking he move me, he refused.

- I contacted Wexford Mental Health Staff on July 23rd, 2017 in Healthcare form NCCF 353141 asking to speak to therapeutic staff as I was Inhibiting emotions and thoughts I was not sure how to resolve as a direct result of the staff forcing me to stay in the molded cell and harassing me and denying my medication.

- On August 1st, 2017 I received a reply from Mental Health Staff I believe to be Dr. Harmon' nary stating "Unit team notified of cell condition. Please speak with mental health staff on your Unit".

- On July 20th, 2017 however, I'd verbally spoke to therapist McMahone at my cell front showing the mold matter to him as all others asking him to have me pulled out of the cell to help me. McMahone told me to file a healthcare form - which I did on July 23rd, 2017 when I was finally provided them.

- On July 23rd, 2017 I filed a Request for Health Care to Wexford Health Medical Department reporting the 7-19-17 mold/fungus matter and the affects it was having on me. I did this in Healthcare form Number NCCF 353135. I was not seen until August 2nd, 2017 when I was moved to cell 04-109 already.

- On August 27th, 2017 I was moved from Segregation due to suspended Segregation time to cell 04-109 at New Castle Correctional Facility Annex.

- On July 28th, 2017 I forward Keith Butts a letter concerning the herein tort-feasors misconduct informing the official I'd like compensation for his staff jeopardizing my health and safety. (Exhibit A). The Facility Warden, Keith Butts, never responded.

- On July 19th 2017 and July 20th, 2017 I asked officers wright.

Heasley and Searsent H. Logan if they would get me my inhaler from my Property they withheld as due to the cells mold condition I was in need of them. Each officer told me I can't have my inhaler due to my Segregation. The denial of access to the requested healthcare was and is Prohibited Pursuant to State Policy 02-04-101 Procedure IX. E.3. F.(5).

* On July 28th, 2017 Nurse Burkhardt was Passing Am medication but did not have all of my hiv medication. I brought to nurse Burkhardts attention that she'd not Provided me 300 mg of Abacivir but only one 150 mg Abacivir Pill. Nurse Burkhardt acknowledged the error and stated she'd bring the remainder of my Prescription. Nurse Burkhardt left and came back on the unit an hour later with K.O.P. medications but did not have the remainder of my Pre-scription. while Passing out K.O.Ps I yelled to nurse Burkhardt to remind her of my need for the remainder of my Prescription. Nurse Burkhardt replied " Harington, I know you want yourself". Nurse Burkhardt again left the unit but never returned with the remainder of my Prescription. It is believed by me that Nurse Burkhardt documented I was Provided my full Prescription on July 28th, 2017 when I did not receive it.

* On August 3rd, 2017 I filed with healthcare service Director Stacey Scott an informal Grievance on the matter of nurse Burkhardt depriving me of my hiv Prescription fully by way of the July 28th, 2017 misconduct. (See Exhibit B)

* Nurse Burkhardts July 28th, 2017 misconduct is a show of misconduct that is a deliberate indifference to my health and safety and denial of access to Prescribed healthcare and a refusal to honor healthcare Prescriptions, thus my doctors order for a specific Prescription.

* Although the Health Service Directors reply was discriminative

in that it addressed me as Mr. Norington rather properly as Ms. Norington I did receive a response on October 17th 2017 which I disagreed with. (Exhibit B).

- On August 3rd, 2017 I filed an informal complaint with Wexford Health Sources Incorporated New castle Correctional Facility Health care department about Nurse Kumars' refusal on July 19th, 2017 to intervene as a Medical Professional and have me moved from the reported and witnessed hazardous cell living condition. (Exhibit C). On October 17th, 2017 I received a reply from the facility Health Services Director that I disagreed with.

- Although Stacy Scott, Wexford Healths' Health Service Admini-strator on August 10th, 2017, stated that "we, in no way, condone inappropriate behavior from any of our staff" (Exhibit B) Stacy Scotts reply (Exhibit C) shows to condone a healthcare official disregarding his or her duty to Protect a Patient and their duty as a health care "Professional" to intervene to Protect those that are in known of and/or reported hazardous living conditions as those of July 19th 2017. Nurse Kumar and Nurse Burkhardt on July 19th, 2017 had a duty to intervene as a Medical Professional to have me moved from the molded cell and had a duty to make sure the hazardous safety condition was cleaned. Each nurse refused. Stacy Scotts reply condones the nurses refusal. (Exhibit C) by saying it is not the health care officials duty to intervene in the matter of July 19th, 2017.

- Stacey Scotts reply shows deliberate indifference to my health and Safety as did Nurse Kumar and Nurse Burkhardt.

- On August 28th, 2017 for a diagnosed chronic and degenerative right knee condition an x-ray was scheduled for diagnostic health-care. On this date an officer, a K-9 officer, came to my cell to escort me to the x-ray department. The officer was being very aggressive, overbearing, demanding and discriminative in

10

the words and tone he used with and against me Prohibited Per the mandatory procedures of State Policy 04-03-103. Under the due Process of Policy 04-03-103 I asked the officer to refrain from the Prohibited misconduct which resulted in the officer slamming my door slot saying I refused the ordered Diagnostic Healthcare. I called out to the Supervising officer who was on the unit, Seargent M.Logan, whom esknored me when I called out his name for help and he walked off the unit without addressing the matter I needed to bring to his attention for resolve- an officer denying me Prescribed diagnostic healthcare due to my engageing in the Protected Conduct of asking the K-9 officer to refrain from subjecting me to Prohibited conducts that transpired at approximately 3:00 Pm on August 28th, 2017.

- As a result of the k-9 officer and Officer M. Logan on August 28th, 2017 I Prepared healthcare form Nccf 366446 reporting the "X-Ray Denial By officer" asking my appointment be reset. I received a reply on September 1st, 2017 stateing my appointment will be reset Per the X-Ray Department.

- An approximate 20 minutes after the k-9 officer and officer Logan denied me diagnostic health care on August 28th, 2017 another officer came to get me for a doctors appointment to speak about matters that Pertained to the X-ray appointment and other health matters. During this appointment I gave the doctor the August 28th, 2017 dated healthcare, reported what had moments earlier just transpired.

- On August 31st, 2017 I filed an "informal Complaint" with Facility Warden, Keith Butts regarding the misconduct of M.Logan and the K-9 officer on August 28th, 2017 (Exhibit D). Keith Butts never responded.

- On October 6th, 2017 during am medication Passing I informed nurse Johnson that she did not have all of my Prescription. I told and showed nurse Johnson she'd only Provided me 150 mg of

11

a 300 mg Prescription of Abacivir for my serious medical
condition HIV. Nurse Johnson said take what I was given and
she'd return with the remaining 150 mg of my HIV medication
Abacivir. Nurse Johnson never returned. On October 9th, 2017
I filed an informal grievance about the denial of Prescribed
HIV medication by Nurse Johnson on October 6th, 2017 with the
facility Health Services Administrator whom never replied.

- On October 27th, 2017 I filed a formal grievance with the New
Castle Correctional Facility grievance department on Nurse Johnsons
deliberate indifference to my health and safety by intentional
denial of my full HIV Prescription. The Grievance Specialist, Jen-
nefer Smith returned the grievance twice in November under
log numbers 7077 and 7427 and again under number 7533 for
inappropriate reasons - being because officials refused to provide
requested complaint forms in a timely manner so I could file
the complaint sooner than it was filed. There is no justification
for Jennifer Smith refuseing to process my complaint due to the
negligence of staff in providing requested forms timely. This
act of Jennifer Smith is an affirmative participation and condoneing
of the misconduct of Nurse Johnson.

- On August 28th, 2017 Wexford Health Sources New Castle Correctional
Facility Physician, Doctor Imph ordered me 50,000 IU of Vitamin
D for my diagnosed Chronic and Degenerative right Knee Problem
to be Provided to me Once weekly.

○ Once the Vitamin D was ordered I started receiving it about
one week later which I was receiving it every thursday.

○ On October 26th, 2017 I was suppose to receive my Vitamin D
from Nurse Ingle whom Passed medication on this date. I brought
to Nurse Ingles attention that she did not have my Vitamin D.
Nurse Ingle stated " Oh, is it Thursday?", I replied, "Yes". Nurse
Ingle told me she'd be at work until 10.00 Pm and would
bring me my Prescription within that time. The nurse didnot.

12
C Sep

• On October 27th, 2017 I filed Healthcare Request Form NCCF 366269 with Wexfords New Castle Correctional Facility Director of Nurses reporting " Nurse Denial of Prescription ". On November 29th, 2017 I received a reply stating per Nurse Burkhardt my denied 10-26-17 prescription for Vitamin D was provided two (2) days "late"

• On October 26th, 2017 when I brought the prescription error to the nurse she was required to get my prescription instead of "forget" it. It is believed that healthcare records show I received my Vitamin D prescription on October 26th, 2017 which would not be truthful. There is no justification in the nurse denying me healthcare for my serious diagnosed chronic and degenerative right knee problem when the error was initially acknowledged.

• On January 22nd, 2018 I relocated from New Castle Correctional Facility Annex to its R.H.U. which on this date I reported to officers Seargent B. Stoner, Officer Adkins and Officer Lieutenant Storms, facility Contract Cam Plaince Coordinator that I'd not yet gotten my am hiv medications repetitively asking each person if they'd inform healthcare staff that I needed and requested my am medications I'd yet received. I pressed my call medical button to ask officer Adkins if he'd inform medical that I needed my medication, he replied " medical knows how to do their job. They'll get to you when they do". Nursing staff did not ever come on the RHU Range 500 hundred when I was placed in cell503 so I could verbally relay I'd not gotten although requested my am hiv medication for my serious health condition, HIV.

• Due to the denial of my am hiv medications on January 22nd, 2018 and staffs choice to not inform healthcare staff that I needed and requested my 1-22-18 am medications for my hiv I filed a grievance on January 29th, 2018 which was provided grievance number 100631 ( Exhibit E). Although I requested the matter to be fully investigated by speaking to the staff persons

13

both healthcare and custodial officials whom worked the day of January 22nd 2018 on the RHU Unit and the Health Service Department to see if any staff reported my need and request for staff to let healthcare officials know that I'd not gotten my am medications yet and to bring them to me as once I let staff know I'd not gotten the healthcare I was to receive. Contacted healthcare staff were obligated to inform the healthcare staff of the problem brought to their attention. The grievance investigator, Jennifer Smith refused to fully investigate the matters shown by the provided Step 1 grievance reply (Exhibit F) which at one point appears to have been written by tortfeasor Lieutenant Storms whom I verbally asked him, and others above named, to inform healthcare staff that I'd not yet gotten my am medications for 1-22-18 and could healthcare staff bring them to me.

• Although the grievance reply states officer Storms does not recall my once asking for medications and a nurse typically makes med. Pass 3 times a day, one of these times being a wellness check. I recall asking officer Storms to report to medical I needed my medications I'd not gotten and recall nursing staff not comming on the R.H.U. Range 500, that I was on for a Med Pass or Wellness check as I'd been put in cell 503 of the RHU at approximately 300 PM. By the reply of Lieutenant Storms he refused to inform nursing staff of my need and request for my am medications that I'd requested but not yet received for my serious health condition - HIV.

• Although the reply shows fabrication of information and discrimination. by reference of me as male, although I am female. Officer Storms has admitted he did not inform the healthcare staff of my admission and request where and when he stated he does not recall Ms. Norington Bace asking for medication when I myself remember asking for his help to get my medication which he evidently disregarded as did the other staff I verbaily asked for help to get my medications.



- The reply (Exhibit F) states that Health Service Administrator Ms. Adler reviewed my health records which shows I did not get my am medication on January 28th, 2018 for my serious health condition – although the reply is discriminative in that it addresses me as male rather as female. (Exhibit F).

- On January 28th, 2018 Wexford Health Sources Incorporated contractor, Nurse J. Boyce denied my full hiv prescription when I brought to her attention she did not provide me the full 300 mg of Abacivir rather I was provided one 150 mg Abacivir tablet. Nurse Boyce acknowledged the error and stated that she would be back with the remainder of my prescription but never returned with my 150 mg hiv medication, Abacivir.

- As a direct result of the healthcare officials direct misconduct of deliberate indifference to my health and safety by denial of my full hiv prescription I, on January 29th, 2018, filed a formal grievance complaint asking for full investigation and the matter be reported to supervisory staff persons with specific supervisory title over and within the Contractors chain of command and authority (Exhibit G).

- On March 5th, 2018 I received the initial grievance (Exhibit F) reply (Exhibit H) which states that pursuant to the Wexford Health Sources Incorporated New Castle Correctional Facility Health Services Administrator my Medication Administration Record for the date of January 28th, 2018 is fabricated to indicate that I received my 300 mg prescription of Abacivir when I only received 150 mg on January 28th, 2018.

- I see no valid reason for Wexford Health officials to lie about me not getting my medication but only to conceal the reported misconduct of denial of prescribed healthcare by way of deliberate indifference to my serious health condition – HIV.

- The grievance reply (Exhibit H) states it appears that I did receive my full prescription when I did not. The grievance is stated to be resolved when it's not reasonable to say a grievance

15

is resolved when I've reported I did not get my Hiv medication
and in light of my admission it would appear that Wexford Health
staff fabricated my medical records to indicate I'd gotten my
medications when I'd not gotten them, only fabricated to
conceal the serious misconduct of denial of my hiv medication.

• The grievance reply shows to disregards my admission to
help wexford staff to conceal the reported violations of
intentional denial of my Hiv medications once the error was
brought to health care official J. Boyce attention on
January 28th, 2018.

• On February 2nd, 2018 I received a fabricated copy of State form
1662 (Exhibit I) from Nurse Assistant, Brenda Campbell,
stating that on February 1st, 2018 I refused lab work and
I refused to sign the form (Exhibit I).

• On February 1st, 2018 as a direct result of my asking Correctional
Officer Seargent Young to get a female officer to strip me naked
to go to medical, as I'm entitled to have a female officer or
health official strip me naked he stated I refused to go to get
my prescribed diagnostic care – lab draw, which I did
not refuse, I simply envoked my constitutional right to
have a female strip search me, a female prisoner that
I identifies as transgender.

• Although the officer told Brenda Campbell that I refused my
diagnostic healthcare the nursing assistant lied stating I
refused to sign a Refusal form, and refused my health care
(Exhibit I) that the Wexford C.M.A never brought
to me to see if I factually refused the health care and
to give me the option of stating why, if so, I refused
my healthcare and if so, why I refused to sign the
refusal form (Exhibit I). The C.M-A, Brenda Campbell
never came on R.H.U. 500 range with the medical forms
nor did any other Person(s).

• As a result of the Wexford health care staff misconduct
of February 1st 2018 I reported the misconduct to wexford

16

Health Sources New Castle Correctional Facility Health Service
Director, Stacey Scott, (Exhibit J) which within my report
of the misconduct I asked the supervisory authority to rectify
the contractors misconduct and provide the denied care. (Exhibit
J). In light of the reply I received on February 28th, 2018
I obtained a copy of (Exhibit I) and on March 1st, 2018 I
attached a copy of (Exhibit I) to (Exhibit L) which I got
back on March 8th, 2018 stateing the attachment I sent was
not present.

- On March 8th, 2018 I sent to Wexford Healths Facility Health
  Service Administrator, Ms. Auler, Health care request number
  NCCF 381143 reporting the missing health record (Exhibit
  I) that I'd had photocopied and attached to and submitted
  with (Exhibit L) asking the contractor to investigate the
  misconduct I believe was aimed to conceal the reported
  misconducts.

- On February 5th, 2018 I sent copies of (Exhibit K) reporting
  "Healthcare Staff Fabrication of Information" to Facility Warden
  Keith Butts and Facility Health Service Administrator, Ms. Auler
  asking they review security footage to see if any nurse
  came on my range with (Exhibit I) for me to sign or
  not to and to review the range door sheet each person
  that comes on Atu 500, 300 and 100 ranges are required
  to sign. Mr. Butts and Ms. Auler did not reply to their
  copy of (Exhibit K).

- On July 6th, 2017 I received a June 30th, 2017 dated
  letter from Wexford Health Sources Incorporated telling me
  that the New Castle Correctional Facility is comprised of
  qualified and dedicated Professionals who are here to assist
  my medical needs (Exhibit M).

- I find it hard to believe the New Castle Correctional Facility
  is comprised of qualified and dedicated Professionals who are
  present to assist my medical needs when health care officials

25

of Wexford Health Sources Incorporated of/and at the New
Castle Correctional facility has repeatedly denied me healthcare,
failed to protect my health and safety and then fabricate,
informations and documentations to conceal the violations
which further comprimises my Health and Safety.

## Conclusion[1]

* As hereto exhibited each named Tort-Feasor is responsible
and liable to me, by law, for the exhibited above torts
executed at your will, with your knowledge, under
your authority and within your jurisdictions.

## Sought Compensatory Relief

* For Mental, Emotional Pain and Anguish — $75,000.00
* For Compensatory Damages — $100,000.00
* For Punitive Damages — $100,000.00
* Nomial Damages — $80,000.00
* If any named Tort-Feasor denies any alleged Tort
a Jury trial on each cited tort against the responsible
tort-feasor.
* Under the authority of Indiana Codes 11-8-2-5 and
4-15-2-33 through 33.21 Robert E. Carter (Commission)
fire all neglible tort-feasors hereto cited.
* I be provided the Sought relief under the mandatory
Due Process of Indiana Constitution Article I Section
12.
* The Tort Feasors Robert E. Carter JR.(Commission); Wexford
Health Sources Incorporated; George C. Zoley (GED Founder)
for its namesake each Provide the Sought Compensatory
Relief; Keith Butts (Facility Warden) of the New Castle Correctional
Facility too.

18

TO(:) Keith Butts (Facility Warden/Supervisor)
New Castle Correctional Facility, 1000 Van Nuys Road, P.O. Box A
New Castle, Indiana 47362

Reason(:) Mail Document Receipt Verification
Please read, date and sign theredetach Section II below
Indicating that you've received the documents thereto
listed. Return Section II to Sender. Return Section I for
your records. Thank you for your cooperation in this matter.

FROM(:) Lakesha Norington
ID#138726, Bed location 04 -109A
w Castle ~~~~~~ CORRECTIONAL FACILITY
~~~~~~ 1000 Van Nuys Road / P.O. Box A
~~~~~~ New Castle, Indiana 47362

※ Institutional Mailing ※
(↑Detach Here↑ (Section I) ↑Detach Here↑)
I, Keith Butts (Facility Warden/Supervisor), certify/Verify that on this
day of _____, 2017  I have received the following document(s):
(1)one Ргое letter Reporting Policy Break & official Misconduct
_____

from Lakesha L. Norington dated July 28th, 2017 _____ ✓ I have
read, signed, detached and returned Section II of this Mail Document
Verification Recipt to Sender at the above cited address on the____
day of_____, 2017 ✓  I have retained Section I
for my files.
    I certify/Verify the hereto Representations are true.
                                        Respectfully,
                            /s/_____

(Return To Sender) ↑Detach Here↑ (Section II) ↑Detach Here↑ (Return To Sender).
    I,_____, certify/verify that on this
    day of_____, 20____  I have received the following document(s):
    (1)one Ргое letter Reporting Policy Break & official Misconduct
_____

from Lakesha L. Norington dated July 28th, 2017 _____ ✓ I have
read, signed, detached and returned the hereto Section II to Lakesha Norington
via Institutional Mailing on this_____day of_____, 2016,
as Verification that the above listed documents have been received by
me.
    I certify/Verify the hereto representations are true.
                            /s/_____          Respectfully,     19
                    (Page 1of2)   (Exhibit A)

ZB-8-1-17



**OFFENDER COMPLAINT – INFORMAL PROCESS LEVEL**
State Form 52897 (R2 / 4-15)
DEPARTMENT OF CORRECTION

RECEIVED

**INSTRUCTIONS:** Offender completes Section I ONLY and sends the form to the appropriate department. If a response is not received, the offender is to contact his/her caseworker.

Received 8/8/17

| SECTION 1 – OFFENDER COMPLAINT *(To be completed by offender.)* |
|---|

\* Information is required.

Name of offender \* Norrington

DOC number \* 138786

Housing assignment \* 04-109A

Job \* PR-XXX-TSU-PROGA02-D-I

List the department OR the name of the staff person(s) about which you are complaining, if any. \*

TDC. Contractor · Health Services Director

Provide a brief explanation of your complaint. \* *(Your complaint MUST be legible. Multi-page statements are NOT acceptable.)*

on 7/21/17 the Nurse Passing meds refused to provide me all my prescription when it was brought to her attention she'd not gave my full prescription. The nurse stated she'd bring my med back. She left and came back with K.O.P but not my meds. I called out to the nurse to remind her whom stated "Norington, I knew you want your pill". The nurse left but did not come back with my meds and denies me access to prescribed health care and is a refusal to honor Doctors orders. There is no justification to deny me prescribed health care.

Signature of offender \* [signature] 8/3/17

Date (month, day, year) \* 8/3/17

| SECTION 2 – REVIEWING STAFF |
|---|
| *(To be completed by department head or custody supervisor. Response is due within five (5) business days.)* |

I, Stacey Scott, have reviewed the above informal complaint and recommend:

Printed name

☑ Resolution *(Explain below.)*   ☐ Unable to resolve this informal complaint because: *(Explain below.)*

Explanation and how resolved. If unable to resolve, explain why not. *(Please write legibly.)*

Mr. Norington, thank you for bringing this to our attention. We, in no way condone inappropriate behavior from any of our staff. All actions proved to be unprofessional will be managed according to policy.

Signature of staff [signature]

Date (month, day, year) 8/10/17

| SECTION 3 – ACKNOWLEDGEMENT |
|---|

This informal complaint has been resolved as acknowledged by the signatures below.

Signature of offender

Date (month, day, year)

Signature of unit team member

Date (month, day, year)

| SECTION 4 – DISAGREEMENT |
|---|

I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.

☑ I disagree with the resolution

Signature of offender [signature]

Date (month, day, year) RECEIVED 10/17/17

(Exhibit B)

*KB 7-27-17*

*Mold - Nurse*



## OFFENDER COMPLAINT – INFORMAL PROCESS LEVEL
State Form 52897 (R2 / 4-15)
DEPARTMENT OF CORRECTION

**INSTRUCTIONS:** Offender completes Section I ONLY and sends the form to the appropriate department. If a response is not received, the offender is to contact his/her caseworker.

*Received 8/1/17*

| SECTION 1 – OFFENDER COMPLAINT (To be completed by offender.) |
|---|

* Information is required.

Name of offender *: Norington

DOC number *: 138726

Housing assignment *: OA 139 A

Job *: PR-XXX-TSU-PR06PAD2-D-I

List the department OR the name of the staff person(s) about which you are complaining, if any. *
DOC's Contract Healthcare Officer – Nurse Kumar

Provide a brief explanation of your complaint. * (Your complaint MUST be legible. Multi-page statements are NOT acceptable.)

On 7/19/17 I was put in a cell that had Mold all on the vents reported to Nurse Kumar, Nurse Kumar refused to use her Medical authority and have me moved out of the hazardous living condition as a result refused me my medication on 7/19/17.

Signature of offender *: [signature] 8/2/17

Date (month, day, year) * September 8/3/2017

| SECTION 2 – REVIEWING STAFF |
|---|
| (To be completed by department head or custody supervisor. Response is due within five (5) business days.) |

I, __Stacey Scott__, have reviewed the above informal complaint and recommend:
Printed name

☑ Resolution (Explain below.)   ☐ Unable to resolve this informal complaint because: (Explain below.)

Explanation and how resolved. If unable to resolve, explain why not. (Please write legibly.)

Mr. Norington, please be advised, such issues should go to your case manager or unit team manager. It is not the nurse's duty to intervene in this type of matter.

Signature of staff: [signature]

Date (month, day, year): 8/10/17

| SECTION 3 – ACKNOWLEDGEMENT |
|---|

This informal complaint has been resolved as acknowledged by the signatures below.

Signature of offender:

Date (month, day, year):

Signature of unit team member:

Date (month, day, year):

| SECTION 4 – DISAGREEMENT |
|---|

I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.

☑ I disagree with the resolution

Signature of offender: [signature] 4/17/17

Date (month, day, year) Received
10/17/17

(Exhibit C)



**OFFENDER COMPLAINT – INFORMAL PROCESS LEVEL**
State Form 52897 (R2 / 4-15)
DEPARTMENT OF CORRECTION   (App 2262)

INSTRUCTIONS: Offender completes Section I ONLY and sends the form to the appropriate department. If a response is not received, the offender is to contact his/her caseworker. *(Deadline to Reply September 14th 2017)*

**SECTION 1 – OFFENDER COMPLAINT** *(To be completed by offender.)*

* Information is required.

Name of offender * Lexington L.

DOC number * 138726

Housing assignment * M-109

Job * PR-JXX-TSU-PROG-PAO2-D-I

List the department OR the name of the staff person(s) about which you are complaining, if any. * Logan, Keith, Butts (Facility Supervisors) Re-K-9 Officer Misconduct

Provide a brief explanation of your complaint. * (Your complaint MUST be legible. Multi-page statements are NOT acceptable.)

On August 31st 2017 at approx 3:30pm a K-9 Officer denied me access to pre-scribed Diagnostic healthcare An X-Ray, because I told him the way he was speaking to me was overbearing & disrespectful. The Officer told me I refused my X-ray appointment because of this, further telling me I'm to proven to learn to deal with it. I called for help from Sgt. Logan who was in the area, he ignored me & walked away.

Signature of offender * [signature] -L 8/30/17

Date (month, day, year) * *sent(?)* August 31st, 2017

**SECTION 2 – REVIEWING STAFF**
*(To be completed by department head or custody supervisor. Response is due within five (5) business days.)*

I, _____ , have reviewed the above informal complaint and recommend:
Printed name

☐ Resolution *(Explain below.)*     ☐ Unable to resolve this informal complaint because: *(Explain below.)*

Explanation and how resolved. If unable to resolve, explain why not. *(Please write legibly.)*

Signature of staff                           Date *(month, day, year)*

**SECTION 3 – ACKNOWLEDGEMENT**

This informal complaint has been resolved as acknowledged by the signatures below.

Signature of offender                        Date *(month, day, year)*

Signature of unit team member                Date *(month, day, year)*

**SECTION 4 – DISAGREEMENT**

I, the offender, by signing in this section, DO NOT agree with the findings / actions of the informal response listed in Section 2 above.
☐ I disagree with the resolution

Signature of offender                        Date *(month, day, year)*

(Exhibit D)

25
p.



**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

Received 3/1/18; 3/12/18

FOR OFFICIAL USE ONLY
Grievance number
100631

| To: Facility Grievance Specialist (Keith Butts) | Facility: New Castle Correctional Facility | Date (month, day, year) Jan 18 |
|---|---|---|

From (name of offender)
MS. Lakesha L. Herrington

DOC number
138726

Signature of offender
1/28/18

Housing assignment
RHU - SG - S5 - 503

Date of incident (month, day, year)
1 - 22 - 2018 (Monday.)

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
*(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.)*

(#) I was put in the above cited Housing Assignment on the above cited Date of Incident
(#) This was during AM hours before Medication was passed out to my Prior and current housing unit.
(#) I pressed my cell call button to ask the Central officer to notify Medical Staff that I've yet to receive my Medication asking if they'd bring it to me.
(#) The Central officer, a guy that gave no name, told me "Medical knows how to do their job. They'll get to you when they do".
(#) Medical staff never brought my medical prescription on 1-22-18.
(#) I too informed the Sgt. working that day asking that he inform Medical too. I don't know if he did or not.
(#) I was denied my healthcare prescription by healthcare staff while custodial staff impeded my getting my prescription by refusing or/and neglecting to inform the health service contract staff that I'd not received my prescription as I'd reported and requested.
(#) The Matter of denial of Medical Prescription has been addressed with the Health care service contractor w/out resolve as well as custodial contract staff w/out resolve.

State the relief that you are seeking.

(#) The Matter be fully investigated by speaking to the 1-22-18 RHU Sgt's and C/O's that worked the Central office that Morning to see if the Property (A) documented my report and (B) if they informed healthcare staff of my report or not and if not why?
(#) The Matter be fully investigated by speaking to the 1-22-18 RHU Health care Contract Staff to see if anyone (B) reported I'd not gotten my am meds and requested they. (B) the health care staff documented in their and my healthcare records that I received my 1-22-18 am prescription or not. and (CC) to determine why I'd not gotten my 1-22-18 prescription under any circumstance.
(3) Any found Misconduct with how Medical Prescription denial or receipt was documented be reported to IDOC Regional Healthcare Supervisor; Facility Supervisor Keith Butts and Internal Affairs and to Wexford National Headquarters

| Signature of Facility Grievance Specialist | Date (month, day, year) JAN 29 2018 |
|---|---|

(Page 2 of 3) (Exhibit E) By: _____
c(c#3)

27
sp



**New Castle Correctional Facility**
**Offender Grievance Response Report**
**Case Log #: 100631**



Received 3/5/18

**DOC No: 138726**   **Offender Name:**   Shawntrell Norington          **Bldg/Range/Bed:** SG-S5-503

**Current Facility:** NCF                                                Received 3/14/18 (11:40m

**TOPIC:**   Medical-Exc. Forced Treatment - Access to or Delay in Receiving Medical (      **Incident Date:**

## Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|-------|-----------------|--------------------|--------------|
| - Formal Grievance | | 29-JAN-18 | 02-MAR-18 |

**Level Response**

Lt. Storms reports that you were seen by medical prior to your placement in NCF RHU on 1/22/2018 at approximately 1230 hours for a RHU placement assessment, at that time the assessing medical personnel typically ask the offender if they have any injuries, if the offender currently takes any medications and/or if the offender feels suicidal/homicidal prior to RHU intake. Your property was brought from the STAND unit to R&R where your personal and state property was inventoried and treated as a facility transfer. RHU received your property on 1/26/2018. I am not sure but at that time I believe his medication would have been kept on unit in the STAND unit and RHU would have never seen or received any medication for him as typically medical transfers the medication(s) from the STAND to medical outpatient area as no medications are kept on person or in property for offenders in RHU. I was on unit at the time of intake and do not recall Offender Norington once asking for medications. Medical typically conducts med pass 3 times a day in RHU and at least one of those times are a wellness check where each offender is physically checked for their wellness by a qualified medical personnel. Offender Norington would have had time at some point to address his medical/medication concerns with medical staff.

Ms. Auler, Wexford Medical states that according to the medication administration record she cannot verify that you received your medication on 1/22/18. The medication administration record does not indicate that he received his medications on the date in question.

Based on the information provided it does appear that you were not given your medication on 1/22/18. Your grievance relief to have this matter investigated was granted. No further relief can be offered.

GRIEVANCE GRANTED/RESOLVED

Appeal sent
3/7/18
(CB)

_Mmet_
**Executive Assistant**   3/5/18  6:41pm

_____
**Student/Offender**

_____ Agree   ✕ **Disagree**

3/7/18
**Date**

3-5-18
**Date** Received

(Exhibit F)
Page 1 of 1

28



**OFFENDER GRIEVANCE**
State Form 45471 (R4 / 4-17)
DEPARTMENT OF CORRECTION

Received 2/1/18 ⋅ 3/6/18

FOR OFFICIAL USE ONLY

Grievance number

1700630

To: Keith Butts
**Facility Grievance Specialist**

Facility: New Castle Correctional Facility

Date (month, day, year) Sensed
1-29-2018

From (name of offender)
MS. Lakesha L. Warrington

DOC number
138726

Signature of offender

Housing assignment
RHU-SG-05-503

Date of incident (month, day, year)
1-28-18 (Morning Medication Pass)

Provide a brief, clear statement of your complaint or concern. Include any information that may assist staff in responding to your grievance.
(NOTE: A Single ONE-sided sheet of paper may be attached if necessary to explain your grievance.) ⋅

- On Date of Incident and Cited Frame of time, I verbally informed Wexford Health Service Contract employee, Nurse J. Boyce, that I was missing the remainder of my Prescription stating to the Contract official I needed my 150 mg Abacivir tablet to make the 300 mg's I was to get of Abacivir, and 300mg Epivir. I only received two tablets (one 150 mg Abacivir tablet and one 300mg Epivir tablet) when I should have received two 150 mg Abacivir tablets and one 300 mg Epivir tablet.

- The health Service Contract Staff, Nurse J. Boyce, stated they would come back with the remainder of my Prescription but never returned.

- I contacted GEO Corrections Contract officer whom was operating the RHU Central panel and asked if he would contact medical Service Department to ask them that when they bring the remainder of my Prescription for the evt to bring me 3 healthcare forms. The officer told this writer, "OK".

- No Healthcare contractor returned with the remainder of my evt Prescription.

- I'm not sure if GEO Corrections Contractor informed the Healthcare contractor like he said he would.

- I personally informed the healthcare provider I was missing a portion of my Prescription yet the healthcare Provider still refused to bring me the remainder of my Prescription once the Error was made known.

- There is no reason for the denial of Healthcare as it is.

State the relief that you are seeking.
(1). The matter be investigated to see if (A) the healthcare Contractor documented me getting my full prescription or not, and (B) why I was not brought the remainder of my prescription.
(2). The matter of intentional denial of healthcare be reported to the Attorney General, IDOC Medical Director, Facility Director of Nurses all for Compensation for the denial of Prescribed healthcare in a knowing and intentional manner.

Signature of Facility Grievance Specialist

Date (month, day, year)
JAN 29 2018

(Page 2 of 3 Pages) (Exhibit G)

30
32



**New Castle Correctional Facility**
## Offender Grievance Response Report
### Case Log #: 100630

DOC No: 138726    **Offender Name:**    Shawntrell Norington    **Bldg/Range/Bed:** SG-S5-503

Current Facility:   NCF    Received 3/19/18 6:49 PM

TOPIC:   **Medical-Exc. Forced Treatment - Access to or Delay in Receiving Medical**    Incident Date: 26-JAN-18

### Response

| LEVEL | Form Issue Date | Level Receive Date | Response Date |
|---|---|---|---|
| - Formal Grievance | | 29-JAN-18 | 02-MAR-18 |

**Level Response**
Ms. Auler, Wexford Medical states that according to the documentation on the medication administration record (MAR) the medication that you state you only received a ½ dose of was dispensed as prescribed.

Based on the information provided by Medical it appears that you did receive the prescribed medication as ordered. No further relief can be offered.

GRIEVANCE RESOLVED

_Executive Assistant_     3/5/18 6:34pm

_Student/Offender_

_____ Agree   ___X___ Disagree

Appeal Sent 3/2/18 (A.)

3/2/18
Date

3·5·18
Date Received

02-MAR-18 10:41 AM

(F) 2/3/18 Sent (HSA) Stacey Scott R.F.H.C NCCF #383256 for
medley.

Received 2/2/18
Indiana Department of Correction

**REFUSAL AND RELEASE FROM RESPONSIBILITY
FOR MEDICAL, SURGICAL, PSYCHIATRIC AND
OTHER TREATMENT**
State Form 9262 (R3 / 4-01)

**CONFIDENTIAL**

CARE PROVIDER COMPLETES THIS SECTION (*FIRST*)

_____ *(Name of patient)* presented at (*institution*) ___ NCCF ___

with _____ CAP, CMP, HIV Viral Load

CD4, Job pat.

and was informed that _____

Despite encouragement to accept treatment as described above, the patient has refused recommended care for this condition. in view of the patient's refusal, it is recommended that _____

** A refusal by the patient to sign requires the signature of at least one witness in addition to that of the medical staff member.

Signature and title _____ CMA   Date signed 2-1-18

Signature and title _____   Date signed

PATIENT COMPLETES THIS SECTION (*SECOND*)

This is to certify that I, _____, decline treatment offered to me as stated above, and as explained to me by the care provider(s) identified above against the advise of the attending medical / nursing staff, knowing that this refusal to accept treatment is against the advice of the attending physician, nurse, nurse practitioner or the medical director. I acknowledge that I have been fully informed of and understand the above treatment(s) / recommendation(s) and take the risks involved in refusing them. I hereby release and agree to hold harmless the State, statutory authority, all correctional personnel, and all medical personnel from all responsibility and any ill effects which, may result from the action / refusal and I personally assume all responsibility for my welfare.

Reason for refusal and / or other remarks: _____

Date signed | Signature of patient | DOC number

Date signed | Signature of guardian / legal representative | Relationship if patient is a minor or mentally incompetent

(Exhibit I)

**PATIENT IDENTIFICATION**
Full name of patient

Number 138726   Date of birth

DISTRIBUTION: White - Health Record; Canary - Offender; Pink - HCA



**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

Received 2/28/18
INDIANA DEPARTMENT OF CORRECTION

N-C-C-F# 363286

✸ Sent Copy 3/2/18 in HCRF NCCF 383621 ✸

### TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☑ Other (specify) To - Stacy Scott ( HSA )

Nature of complaint

On 2-2-18 I received a 3-1-18 dated State Form 9296 signed by Brenda Campbell, a CMA, stating that I with
Doc number 138736 refused ordered care and refused to sign the State Form. No other person signed the form
as witness. On 2-2-18 I did not refuse the ordered care. Nor did the Healthcare Staff or any custodial
staff bring me the State Form 9296 to review and sign if I chose to refuse care - which I did not.
Please review relevant security footage. Will You Please rectify the contractors misconduct and
provide the denied ordered care? Thank You for Your time and Professionalism.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-8-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
|  | Lakesha L. Norington | 138736 / RHU-503 | 2/1/18 |

### TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

Please send a copy
of this w/ day 4o RN
Wanie 2-2-18 Refused
labs I am not mine
What you vote up un
Refused Need more info

### IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
|  |  |

### TO BE COMPLETED BY HEALTH CARE STAFF FOR BUSINESS OFFICE USE

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes   ☐ No | $ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed (month, day, year) |
|---|---|---|
| ☐ $5.00 Health Care Contact   ☐ $5.00 New Prescription |  |  |

NCCF# 383851

### PATIENT IDENTIFICATION

Full name of patient
Lakesha L. Norington
DOC number
138736 / RHU-503
Date of birth (month, day, year)
3-22-84

(Exhibit I)

**DISTRIBUTION:**   White - Health Care Chart
Canary - Offender / Business Office

To(•) Keith Butts        (Facility Warden)        DateSent(•) 2/5/2018

Key Scott  -To(•) (Health Service Administrator)( Health Service Department)

From(•) Ms. L. Norington , ID# 138726 , Room - RHU - 503

Reason(•) Healthcare Staff fabrication of Information

(1). On 2-2-2018 I received a 2-1-2018 dated State form 9262 signed by Brenda Campbell, a CMA, stating that I with Doc number 138726 refused ordered care and refused to sign the State form. No other person signed the form as witness.

(2). On 2-2-2018 I did not refuse the ordered care. Nor did the Healthcare Staff or any custodial staff bring me the State form 9262 to review and sign if I chose to refuse care - which I did not.

(3). I'm reporting the misconduct of Brenda Campbell because the lie and fabrication of information on the healthcare form serves no legal purpose and must be corrected.

(4). I ask that you review RHU security footage to see if any nurse came to me with a State form 9262 on 2-1-18 that I refused to sign. Said Healthcare official would have been required to sign my door sheet - which was not done.

CC(•) K. Butts (Facility Warden) ; Stacey Scott (HSA) ; L. Norington (file)

(Exhibit K)

(Exhibit K)

36
of



Received 3/8/18

**REQUEST FOR HEALTH CARE**
State Form 45913 (R3 / 9-12)
Approved by State Board of Accounts, 2012

INDIANA DEPARTMENT OF CORRECTION

NCCF # 383621

Sent H.S.A. Ayler HCRF 381193 on & Missing document on 3-7-18

TO BE COMPLETED BY OFFENDER

I request Health Care Services as follows:

☐ Sick Call   ☐ Dentist   ☐ Prescription Refill   ☐ Mental Health   ☒ Other (specify) Follow-up to HCRF# NCCF 383256

Nature of complaint

As requested in Response to H.C.R.F. # N.C.C.F 383256. attached is the State Form 9362 Showing nurse Campbell (CCHN) on 3-1-18 Fabricated the informations on the form that I refused my lab work and shows the health official did not properly complete the form for no valid reason. The requested copy is Attached.

By my signature, I hereby indicate that I understand that, in accordance with IC 11-10-3-5, I may be charged $5.00 for Health Care services obtained at my request and $5.00 for initial (new) prescriptions. I understand that any charge for these services and / or prescriptions shall be withdrawn automatically from my Trust Fund Account. I will not receive a receipt for this withdrawal; however, I may review the balance of my Trust Account as provided by facility procedures.

RHU503

| Signature of Offender | Printed name | DOC number | Date signed (month, day, year) |
|---|---|---|---|
| | Lakesha L. Norington | 138726 × RHU-503 | 3-7 -18 |

TO BE COMPLETED BY HEALTH CARE STAFF

Response of Health Care staff

NO Attachment what do you need

IF AN APPOINTMENT HAS BEEN SCHEDULED, BE ALERT FOR YOUR CALL OUT.

| Signature of Health Care staff | Date signed (month, day, year) |
|---|---|
| | |

TO BE COMPLETED BY HEALTH CARE STAFF / FOR BUSINESS OFFICE USE

| Was a new prescription provided? | TOTAL AMOUNT OF CO-PAYMENT |
|---|---|
| ☐ Yes   ☐ No | $ |

| Amount of Co-Payment | Signature of Health Care staff | Date signed (month, day, year) |
|---|---|---|
| ☐ $5.00 Health Care Contact<br>☐ $5.00 New Prescription | | |

PATIENT IDENTIFICATION

NCCF # 383621

Full name of patient
Lakesha L. Norington
DOC number
138726 × RHU·503
Date of birth (month, day, year)
3-22-84

(Exhibit L)

**DISTRIBUTION:** White - Health Care Chart;
Canary - Offender / Business Office

37



**Wexford Health**
SOURCES INCORPORATED

*June 30, 2017*

Patient Norington #138726
New Castle Correctional Facility
1000 Van Nuys Rd
New Castle, IN 47362

Subject:     Your Recent Letter

Dear Patient Norington:

We are in receipt of your recent letter dated June 19, 2017.

Please remember to follow the established sick call process and grievance procedure at the facility to have your medical concerns addressed.

Please be assured that the medical staff at New Castle Correctional Facility is comprised of qualified and dedicated professionals who are there to assist your medical needs.

Very truly yours,

**Wexford Health Sources, Inc.**
**Risk Management Department**



(Exhibit M)

38
39

Respectfully Submitted By(s)
s/c - ___ 3-19-18 3-62-0

Ms. Lakesha L. Norington
ID# 1387263, Room - 05-105A
Westville Corr. Fac.
5501 S. 1100 W.    New
Westville, Ind.    Address
46391

Counsel: Ms. Lakesha L. Norington
ID# 1387a6, Room RHU-503
New Castle Correctional Facility
1000 Van Nuys Road
Post Office Box A
New Castle, Indiana
47362

## Certificate of Service

° I, Lakesha L. Norington, declare truth to the hereto matters having been Served upon the below cited Parties, on the 19th day of March, 2018 via institutional Mailing System.

C.C(s) Robert E. Carter JR (Commissioner) Indiana Department of Correction
Indiana Government Center South, 5th Floor
302 W. Washington Street, Indpls, Indiana 46204

(A)
Wexford Health Sources Incorporated
501 Holiday Drive / Foster Plaza Four / Pittsburgh, PA 15220

(B)
Keith Butts (Facility Warden)
New Castle Correctional Facility
1000 Van Nuss Road / Post Office Box E
New Castle, Indiana 47362

(C)
George C. Zoley (GEO Founder)
GEO World Headquarters / One Park Place, Suite 700
621 N.W. 53rd Street / Boca Raton Florida 33487

(D)
Indiana Political Subdivision Risk Management Commission
311 West Washington Street, Suite 300 / Indpls, Ind. 46204

(E)
Lakesha L. Norington (file)

Respectfully Submitted By(s)
s/c - of-who 3-19-18 3-63-0

Ms. Lakesha L. Norington
ID# 1387a6 / Room - RHU-503
New Castle Correctional Facility
1000 Van Nuss Road
Post Office Box A
New Castle, Indiana
47362

Lakesha L. Norington
ID# 1387263, Room-05-105A
New Castle Corr. Fac.    New
5501 S. 1100 W.    Address
Westville, Ind.
46391

39
SP

I, Ms. Lakesha L. Harrington, affirm under penalty of perjury that the matters contained in the hereto attached Notice of Personal Injury Tort are true and contains accurate copies of pertinent records relevant to the cited torts and are claims of tort made freely of sound mind and of personal knowledge and experiences and can testify to any matter herein contained in the forum of any judiciary or tribunal of law.

Executed on: 7 / 9 /2018

7.9.18 12-18pm

Affiant's Signature

*NOTE: Notary is only attesting that it is your Signature, not to the contents of the document*

STATE OF INDIANA )
) SS:
COUNTY OF HENRY )

SUBSCRIBED AND SWORN to before me, a Notary public, this 9TH day of July, 2018.

Randall D Purcell
RANDALL D PURCELL

Notary Public

County of Residence:
My Commission expires: 10/30/2024

40

Certificate of Service

(*) I the below signed Plaintiff declares, certifies and verifies truth to the hereto matter having been served upon the below cited person(s) via institutional mailing on this 16th 18th day of July December , 2018.

CC(*) Civil Circuit Court Division Court Clerk
205 North Dixie Highway (Room 3-2300)
West Palm Beach, Florida 33402
(*)

Lakesha L. Warington (Plaintiff)
Identification Number (*) 138726
Wabash Valley Correctional Facility
Post Office Box 500
Carlisle, Indiana 47838


Submitted By Counsel (*) 11:42am
s/c _____ 11/41/8 _____
Ms. Lakesha L. Warington
Identification Number(*) 138726
Wabash Valley Correctional Facility
Post Office Box 500
Carlisle, Indiana 47838

43.